UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNTECK TRANSPORTATION COMPANY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TCSL, INC.,<br><br>    Defendant. | No. 2:19-cv-02364-TLN-JDP<br><br>**ORDER** |

Sunteck Transportation Company, LLC ("Plaintiff") initiated this action against Defendant TCSL, Inc. on November 21, 2019. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1). Plaintiff's Motion for Entry of Default Judgment (ECF No. 14) was heard before the assigned magistrate judge on December 17, 2020. (*See* ECF No. 15.)

On June 9, 2021, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 16.) No objections were filed.

The Court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

     1. The Findings and Recommendations filed June 9, 2021 (ECF No. 16), are ADOPTED IN FULL;

     2. Plaintiff's Motion for Default Judgment (ECF No. 14) is GRANTED;

     3. Plaintiff is awarded damages in the amount of $28,566.37; and

     4. Plaintiff is awarded attorneys' fees and costs in the amount of $22,553.86.[1]

IT IS SO ORDERED.

DATED: August 4, 2021

                                                  Troy L. Nunley
                                                  United States District Judge

---

[1] The magistrate judge's findings and recommendations concluded that Plaintiff is entitled to a total award of $51,120.01.  It appears an arithmetic error was made in calculating that amount.  The magistrate judge recommended Plaintiff be awarded $28,566.37 in damages and $22,553.86 in attorney's fees, which results in a total award of $51,120.23.