UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNTECK TRANSPORT COMPANY, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TCSL, INC.,<br><br>　　　　　Defendant. | Case No. 2:19-cv-02364-JDP |

Plaintiff has moved for an order finding Peter Svit, defendant's Chief Executive Officer, in civil contempt for failure to comply with court orders. ECF No. 39. Mr. Svit, who is not represented by counsel, failed to timely file a response to plaintiff's motion. Considering Mr. Svit's pro se status, the court will afford him an additional opportunity to respond to plaintiff's motion.

Accordingly, it is hereby ORDERED that:

1. The November 2, 2023 hearing on plaintiff's motion, ECF No. 39, is continued to December 14, 2023, at 10:00 a.m., in Courtroom No. 9.

2. By no later than November 30, 2023, Mr. Svit shall file an opposition or statement of non-opposition to plaintiff's motion for an order finding him in civil contempt. *See* ECF No. 39.

1

1        3. Plaintiff may file a reply to Mr. Svit's opposition, if any, by December 7, 2023.

2        4. By no later than November 8, 2023, plaintiff shall serve a copy of this order on Mr.
Svit and file a proof of service with the court.

IT IS SO ORDERED.

Dated:  November 1, 2023                    _____
                                            JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE