UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNTECK TRANSPORT COMPANY, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TCSL, INC.,<br><br>　　　　　Defendant. | No. 2:19-cv-02364-TLN-JDP<br><br>**ORDER** |

　　　　This matter is before the Court pursuant to the magistrate judge's order granting in part and denying in part Plaintiff's motion to find Peter Svit, Defendant's Chief Executive Officer, in civil contempt for failure to comply with the Court's November 18, 2022, and July 24, 2023, orders.  (ECF No. 53.)  The Court held hearings on the matter on September 19, 2024, and October 3, 2024.  At both hearings, Plaintiff's counsel appeared telephonically, and Mr. Svit appeared in person and was represented by counsel.

　　　　At the October 3, 2024, hearing the parties agreed to the following to satisfy the judgment in this case:

　　　　1. Mr. Svit is to pay Plaintiff $7,000 per month, starting in October 2024 through February 2025 inclusive, for a total of $35,000; and

　　　　2. Mr. Svit is to pay Plaintiff a final "balloon" payment of $35,000 in March 2025.

1

Based on the parties' agreement, the Court RESCINDS the contempt order and does not find Mr. Svit in contempt at this time. If Mr. Svit fails to comply with the parties' agreement, Plaintiff may bring a renewed motion for sanctions.

IT IS SO ORDERED.

Date: October 7, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE